The People of the State of New York ex rel. Hugh Gallagher, Relator,
v. Rhinelander Waldo, as Police Commissioner of the City of New York,
Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars
costs and disbursements. No opinion. Present — Ingraham, P. J.,
McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

North-Eastern Construction Company, Appellant, v. The City of New
York, Respondent.— Judgment affirmed, with costs. No opinion. Pres-
ent — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss,
JJ.; Hotchkiss, J., dissented as to first cause of action.

The People of the State of New York, Respondent, v. Louis Kaplan,
Appellant.— Judgment and order affirmed. No opinion. Present —
Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Louis Alpern and Another, Copartners, etc., Respondents, v. The Heffron
Company, Appellant.— Judgment and order affirmed, with costs. No
opinion. Present — Ingraham, P. J.; McLaughlin, Laughlin, Dowling
and Hotchkiss, JJ.

Louis Alpern and Another, Copartners, etc., Respondents, v. The Hef-
fron Company, Appellant.— Order modified by granting the motion to
disallow certain items to the extent of disallowing the sum of $259.20, the
amount allowed to the witness Louis Fischer for mileage from Buffalo; as
so modified order affirmed, without costs.—No opinion. Order to be set-
tled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin,
Dowling and Hotchkiss, JJ.

Hyman Rashkoff, Respondent, v. The Erie Railroad Company, Appel-
lant.— Judgment and order affirmed, with costs. No opinion. Present —
Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Antoinette Badie, as Administratrix, etc., Respondent, v. Illinois
Surety Company, Appellant, Impleaded with Amedee Vuccino.— Judg-
ment affirmed, with costs. No opinion. Present — Ingraham, P. J.,
McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Ferdinand Dobek, Respondent, v. Austro-Americana Steamship Com-
pany, Limited, Appellant.— Judgment and order reversed, with costs to
the appellant absolutely, and a new trial ordered on the ground that the
verdict is against the evidence. Order to be settled on notice. Present —
Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Samuel Rosenfeld, Respondent, v. The Long Island Railroad Company,
Appellant.— Judgment and order affirmed, with costs. No opinion.
Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and
Hotchkiss, JJ.

Benjamin P. Ducas, Appellant, v. Rachel N. Ducas, Respondent,
Impleaded with Another.— Judgment affirmed, with costs. No opin-
ion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and
Hotchkiss, JJ.

May B. Macallister, Respondent, v. Arena Construction Company and
Another, Appellants, Impleaded with Another.— Judgment and order
reversed, new trial ordered, costs to appellant to abide event, unless